UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DEBRA FEHR, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF MARVIN WIRTJES AND SHIRLEY WIRTJES; and THERESA RILEY, INDIVIDUALLY, <br><br> *Plaintiffs*, <br><br> and <br><br> RASHEED WALL; and AKEEM HOPKINS, <br><br> *Intervenors*, <br><br> and <br><br> JOAQUIN MURRIETA, <br><br> *Intervenor*, <br><br> v. <br><br> UNICORN FREIGHT, LLC; DIEBEL TRANSPORTATION, LLC; THE ESTATE OF DONALD DIEBEL, JR.; and J.B. HUNT TRANSPORT, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | EP-23-CV-00271-DCG |

**ORDER ADOPTING REPORT AND RECOMMENDATION IN FULL AND REMANDING THE ABOVE-CAPTIONED CASE**

On April 22, 2025, the Court referred Plaintiffs' and Intervenor Plaintiffs' "Motions to Remand" (ECF Nos. 5, 6, and 8) (collectively, the "Motions") to U.S. Magistrate Judge Anne T. Berton for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).  *See* Referral

Order, ECF No. 21.  On July 21, 2025, Judge Berton issued her Report and Recommendation, recommending that the Motions be granted.  R. & R., ECF No. 24.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections.  *See* 28 U.S.C. § 636(b)(1)(C).  Over fourteen days have elapsed since all parties were served with the R. & R., and no objections have been filed.[1]

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) ("[T]he 'clearly erroneous, abuse of discretion and contrary to law' standard of review . . . is appropriate . . . where there has been no objection to the magistrate's ruling."); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988) ("[A] party is not entitled to de novo review of a magistrate's finding and recommendations if objections are not raised in writing by the aggrieved party ... after being served with a copy of the magistrate's report.").[2]

Having carefully reviewed the Report and Recommendation, the Court concludes that it is neither clearly erroneous nor contrary to law.  The Court therefore **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, the Court **GRANTS** Plaintiffs' and Intervenor Plaintiffs' "Motions to Remand" (ECF Nos. 5, 6, and 8).

The parties' joint request for a status conference (ECF No. 16) is thus **MOOT.**

---

[1] All parties were electronically served with a copy of the R&R on July 21, 2025.  *See* R. & R., ECF No. 24.  The deadline to file objections thus fell on August 4, 2025.

[2] In contrast, district judges conduct a de novo review of those portions of a report and recommendation to which a party has objected.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge ... shall make a de novo determination of those portions of the report ... to which objection is made....").

The Clerk of Court **SHALL REMAND** this case back to County Court at Law No. 3 of El Paso County, Texas.

The Clerk of Court **SHALL CLOSE** this federal case.

**So ORDERED and SIGNED this 5th day of August 2025.**

*[signature]*

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**